MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ODAMBOY RAKHIMOV,<br><br>Plaintiff,<br><br>v.<br><br>GARY FORD, *Field Office Director*,<br>*U.S. Citizenship and Immigration Services*, et al.,<br><br>Defendants. | ) | Case No. 3:25-cv-01368<br>Judge Richardson<br>Magistrate Judge Frensley |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, by and through the United States Attorney for the Middle District of Tennessee and the undersigned counsel, respectfully move this Honorable Court for an extension of time to file its answer or other responsive pleading to Plaintiff's Complaint. (D.E. 1).

As cause for this motion, Defendants' answer or other responsive pleading is currently due on February 27, 2026. However, since receiving this case, the undersigned has been working with agency counsel, but additional time is necessary to confer and to determine if an answer or other responsive pleading is appropriate. The parties have consulted and agree an extension would be more feasible in the interest of judicial economy. Plaintiff's counsel has been contacted, and he does not oppose this motion.

THEREFORE, Defendants respectfully ask this Court for a sixty (60) day extension of time, through and including April 28, 2026, to file either an answer or other responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, TN BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February 2026, the foregoing document was filed electronically, and a copy was served via the Court's electronic filing system upon:

| | |
|---|---|
| Marc Prokosch<br>Prokosch Law LLC<br>1700 West Highway 36, Suite 570<br>Roseville, MN 55113 | William Patrick York, II<br>Ozment Law<br>1214 Murfreesboro Pike<br>Nashville, TN 37217 |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney